# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LENNI LEONEL SUAREZ ALVAREZ,    )
                            )   CIVIL ACTION NO. 3:26-204

v.                          )

                            )   Judge Stephanie L. Haines

WARDEN OF MOSHANNON VALLEY   )
PROCESSING CENTER, et al.,       )

## CASE MANAGEMENT ORDER

The Court orders as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

DATED this 11th day of February 2026.

                                   BY THE COURT:

                                   /s/ Stephanie L. Haines
                                   United States District Judge

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.